UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RODNEY BUFORD ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:11-0748 |
| ] | Judge Sharp |
| JERRY LESTER, WARDEN ] | |
|     Respondent. ] | |

**O R D E R**

The Court has before it respondent's Answer (Docket Entry No.16), petitioner's application (Docket Entry No.19) to proceed in forma pauperis, and petitioner's Motion (Docket Entry No.20) for Leave to Obtain Discovery.

In accordance with the Memorandum contemporaneously entered, the Court finds no merit in petitioner's *pro se* petition (Docket Entry No.1) for writ of habeas corpus. The petition, therefore, is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

With the dismissal, the petitioner's pending motions, i.e., Docket Entry Nos. 19 and 20, have been rendered MOOT and are DENIED for that reason.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT

issue because the petitioner has failed to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge